IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER CITY BANK, a California corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>CRAIG SHIRK, an individual; LINDA DOLLAHAN SHIRK, an individual; RICHARD FRIEDMAN, an individual; SCOTT FRIEDMAN, an individual; BOB THOMAS, an individual; CAROL THOMAS, an individual; and DOES 1 through 50, inclusive,<br><br>      Defendants. | No.: 2:10-CV-00853-MCE-KJN<br><br>ORDER OF DISMISSAL |

  The Court is in receipt of the Parties' Stipulation for Dismissal, filed July 28, 2010. The parties ask that Defendants Bob Thomas, Carol Thomas, Richard Friedman and Scott Friedman be dismissed from this action, with prejudice. With regard to the remaining two Defendants, Craig Shirk and Linda Dollahan Shirk ("the Shirks"), counsel have advised the Court that a

settlement agreement has been reached under the terms of which the Shirks will pay monthly payments to Plaintiff for a period of sixty (60) months, ending on July 20, 2010.  See Docket No. 11.

The parties ask this case retain jurisdiction and keep the case open until the Shirks' monthly payment obligations under the settlement agreement have been exhausted.

Keeping this case open in order to monitor the Shirks' compliance with the settlement agreement is not necessary.  Given the parties' representation that this matter has otherwise been resolved, this case is dismissed in its entirety.  The Court will retain jurisdiction to enforce the terms of the settlement, if necessary, and will reopen the case as appropriate if non-compliance occurs and intervention is indeed indicated.  In the meantime, however, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

DATED: August 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER RE: RETENTION OF JURISDICTION [FRCP Rule 41]

PDF created with pdfFactory trial version www.pdffactory.com