Stephen H. Johanson, State Bar No. 61624
JOHANSON & ASSOCIATES
2495 Natomas Park Drive, Suite 620
Sacramento, California  95833
Telephone (916) 567-1000
Facsimile (916) 649-1373

Attorneys for River City Bank

# UNITED STATES BANKRTUPCY COURT, EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| RIVER CITY BANK, a California corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>CRAIG SHIRK, an individual; LINDA DOLLAHAN SHIRK, an individual; RICHARD FRIEDMAN, an individual; BOB THOMAS, an individual; CAROL THOMAS, an individual, and DOES 1 through 50, inclusive,<br>　　　　　Defendants. | Case No.  2:10-CV-00853  MCE-KJN<br><br>**ORDER**<br><br>Complaint filed:  February 24, 2010<br>Trial:  none set<br><br>Honorable Morrison C. England Jr.<br>Courtroom 7, 14th Floor |

　　The Court having considered the Ex Parte Application of Plaintiff River City Bank, a California corporation, to Reopen Case and for Entry of Judgment Pursuant to Stipulation, and good cause appearing therefore:

　　IT IS ORDERED ADJUDGED AND DECREED that Plaintiff River City Bank, a California corporation, recover from Defendants Craig Shirk and Linda Dollahan Shirk, jointly and severally, the principal sum of $5,486.37, together with interest at the rate of 6 percent per annum from and after July 1, 2013, to October 25, 2013, in the sum of $103.71, and attorneys fees in the amount of $442.50, for a total judgment of  $6,032.58.

　　IT IS SO ORDERED.
Dated:  November 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Judgment